5-12-2020

Lowell E. Walker #2107747
C.T. Terrell Unit
1300 FM 655
Rosharon, Tx. 77583

Clerk of Court
U.S. Dpt. of Justice Southern Dist.
Galveston, Tx.

United States Courts
Southern District of Texas
FILED

MAY 18 2020

David J. Bradley, Clerk of Court

Madum/Sir,

This is a filing of a Motion, Request n Plea.

Included is the Filing with Inmate trust fund account record of at least 6 month but not limited to.
A page for Plea n Prayer p#3
A page for Judgment, p#4 n 1 copy of filing (B).

I sincerely appreciate your help with this matter n it's speedy resolution, n thank you for your time n effort.

Sincerely,

Lowell E. Walker

Lowell E. Walker #2107747
Anpao/Waniyape (Sioux/Cherokee)

Case 3:20-cv-00166 Document 1 Filed on 05/18/20 in TXSD Page 2 of 3

P# 2 A

United States Courts
Southern District of Texas
FILED

MAY 18 2020

David J. Bradley, Clerk of Court

University of Texas Medical Branches reply to testing is, "We only test per Policy."

Which turns out to be, "If thay are not half dead with symtems thay don't need testing."

OR T.D.C.J, I.D.'s Policy of Plausable Dinghability, "If we don't test them we don't have the 600 to 800 or more casses per Unit." Especly here on the Terrell Unit with it's open dorms, comunal restroons, everyone on a dorm using the same water cooler, water fountion, benches, tabels ect. And cubicals right next to each outher. Can go into futher deatals times, dates, ect., as needed.
On my wing/dorm D4 there's been 3 cases requiring Hospitaltion/Isolation. Packing them into the Gym. D4-1 bunk, D4-27 bunk, D4-28 bunk. out of 52.

Instead of following Covid-19 proutocals w procedures from the begining, Per Federal w State Gidelines. We now have a Covid-19 Factory/merry go round.

Plea:

I pray for the Corts help and understanding in the cause before you.

Only asking for a fair n just resalution to this cause in the form of;

#1 Getting testing for Covid-19 on the C.T. Terrell Unit n T.D.C.J.I.D. as a whole.

#2 To seprate the postive casses from the negtive ones, so the unit can have staff for esentol seevices. Such as Kechen pessonal, Trash Pick up, shower sanatizer crues, ect.

#3 That my Grievances on U.T.M.B. Medcal, cross contamination be honeed and acted on promtly with satisfactey resultes to all parties involved.

As well as any outher nessisties the Cort deams apropriate.

#3 Lastly n no whee least, that T.D.C.J.I.D., The Board of Pardens n paroles, as as but not limited to Any ot their affedates, Associates, sub contracters or peesonal Retalate against me due to this filing, under the wisal blower act.

I sinceely appreciate your, time n undeestanding in this matter @ this trying times.

Terrell E. Wa——
Lowell E. Welker #2107747
Animal/ Wanniyape (soiux (cherica) Etal, Teerell unit convicts,

OPISnd # 210241